# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| MCOM IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:21-cv-00989-ADA |
| v. | ) | |
| | ) | |
| WOODFOREST NATIONAL BANK | ) | |
| AND INETCO SYSTEMS LTD. | ) | |
| | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

## AGREED SCHEDULING ORDER

Plaintiff, mCom IP, LLC ("mCom") and Woodforest National Bank and Inetco Systems, Ltd. (collectively "Woodforest") hereby provide the following proposed Scheduling Order in accordance with the Court's October 8, 2021 Standng Order Governing Proceedings – Parent Cases, to govern the proceedings in this matter:

| Deadline | Item |
|---|---|
| November 2, 2021 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| | |
|---|---|
| November 29, 2021 | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| January 07, 2022 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| January 11, 2022 | Parties exchange claim terms for construction. |
| January 20, 2022 | Parties exchange proposed claim constructions. |
| January 27, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| February 3, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| February 10, 2022 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| March 3, 2022 | Plaintiff files Responsive claim construction brief. |
| March 17, 2022 | Defendant files Reply claim construction brief. |
| March 31, 2022 | Plaintiff files a Sur-Reply claim construction brief. |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| April 5, 2022 | Parties submit Joint Claim Construction Statement.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
|---|---|
| April 7, 2022 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[3] |
| April 14, 2022 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| April 15, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| May 26, 2022 | Deadline to add parties. |
| June 09, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| August 4, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| October 13, 2022 | Deadline for the first of meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerkto arrange a teleconference with the Court to resolve the disputed issues. |
| November 10, 2022 | Close of Fact Discovery. |
| November 17, 2022 | Opening Expert Reports. |
| December 15, 2022 | Rebuttal Expert Reports. |

---

[3] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| December 25, 2023 | Close of Expert Discovery. |
|---|---|
| January 12, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| January 19, 2023 | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| February 2, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| February 16, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| February 23, 2023 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| March 2, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| March 9, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| March 16, 2023 | Parties email the Court's law clerk to confirm pretrial and trial dates |
| March 18, 2023, | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |

| March 23, 2023 | Final Pretrial Conference. |
|---|---|
| April 13, 2023 | Jury Selection/Trial. |

Dated: November 24, 2021

Respectfully submitted,

**Ramey & Schwaller, LLP**

/s/William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for mCom IP, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, William Ramey, counsel for Plaintiff mCom IP, LLC, conferred with Rodeen Talebi of Fish & Richardson P.C., counsel for Woodforest National Bank and Inetco Systems, Ltd., by e-mail on November 23, 2021 regarding the Agreed Scheduling Order.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on November 24, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/William P. Ramey, III
William P. Ramey, III